UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VADIM BABYREV,

                Plaintiff,

v.

DR. A. LANOTTE, Psychiatrist at Kirby Forensic Psychiatric Center; SHTA SANZ; SENIOR SHTA OYAKHILOME; DR. MORTIERE, Psychologist at Kirby Forensic Psychiatric Center; SOCIAL WORKER JI LING, at Kirby Forensic Psychiatric Center; and ANN MARIE T. SULLIVAN, Commissioner of Mental Health of the State of New York; each individually and in their official capacities,

                Defendants.

**ORDER**

16 Civ. 5421 (ER)

RAMOS, D.J.

    On July 7, 2016, *pro se* plaintiff Vadim Babyrev, a patient at Kirby Forensic Psychiatric Center, brought this action pursuant to 42 U.S.C. § 1983 against Dr. A Lanotte and other officials employed by the Kirby Psychiatric Center and New York State in their individual and official capacities (collectively, "Defendants"). Doc. 1. Defendants answered Babyrev's third amended complaint on April 20, 2018. Docs. 91-94. Since then, there has been no activity in this matter. Accordingly, the parties are directed to submit a joint status report by **October 29, 2020**. Failure to comply with the Court's order could result in sanctions, including dismissal for failure to prosecute. Fed. R. Civ. P. 41(b).

    It is SO ORDERED.

Dated: October 8, 2020
       New York, New York

                                                Edgardo Ramos, U.S.D.J.